UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61163

LUIS SIERRA,

    Plaintiff,

vs.

KRISTOF ENTERPRISES INC.
d/b/a KRISTOF'S KAFE,

    Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendant, KRISTOF ENTERPRISES INC. d/b/a KRISTOF'S KAFE by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter. All parties have agreed to bear their own attorney's fees and costs in connection with the action.

AGREED and STIPULATED on this 23rd day of August, 2016.

| | |
|---|---|
| */s/ Mark D. Cohen* | */s/ Stephanie Griffin* |
| Mark D. Cohen, Esquire | Stephanie Griffin, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 85019 |
| */s/ Jaci R. Mattocks* | **MINERLEY FEIN, P.A.** |
| Jaci R. Mattocks, Esquire | 1200 N. Federal Hwy, Ste. 420 |
| Florida Bar No. 115765 | Boca Raton, FL 33432 |
| **J & M ADVOCACY GROUP, LLC** | Telephone: (561) 362-6699 |
| 4651 Sheridan Street, Suite 301 | Email: stephanie@minerleyfein.com |
| Hollywood, FL 33021 | *Counsel for Defendant* |
| Telephone: (954) 962-1166 | |
| Facsimile: (954) 962-1779 | |
| Email: service@jmadvocacygroup.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        Respectfully submitted,

        **J & M Advocacy Group, LLC**
        *Attorney for Plaintiff*
        4651 Sheridan Street, Suite 301
        Hollywood, FL 33021
        Telephone: (954) 962-1166
        Facsimile: (954) 962-1779
        Email: service@jmadvocacygroup.com

        By: */s/ Mark D. Cohen*
        Mark D. Cohen, Esquire
        Florida Bar No. 347345